IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JESSE LEWIS FREEMAN, | ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| JESSE LEWIS FREEMAN, | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:10cv885-MHT |
| | ) | (WO) |
| GLADYS F. KING, | ) | |
| | ) | |
|     Appellee. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the decision by the Bankruptcy Court of the Middle District of Alabama lifting an automatic stay of a state-court proceeding involving real property in which appellant Jesse Lewis Freeman asserts an interest is affirmed.

It is further ORDERED that costs are taxed against appellant Freeman, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of August, 2011.

                                 /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE