IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JESSE LEWIS FREEMAN, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| JESSE LEWIS FREEMAN, | ) | |
| | ) | |
|    Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:10cv885-MHT |
| | ) | (WO) |
| GLADYS F. KING, | ) | |
| | ) | |
|    Appellee. | ) | |

**ORDER**

It is ORDERED that appellee Gladys F. King's motion to dismiss (doc. no. 5) is denied as moot.

It is further ORDERED that appellant Jesse Lewis Freeman's "counterclaims" are dismissed without prejudice. These "counterclaims" are not properly before this court.

DONE, this the 17th day of August, 2011.

                                                    /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE